Patrick J. Geile
Foley Freeman PLLC
953 S. Industry Way
P.O. Box 10
Meridian, Idaho 83680
Tel: 208-888-9111
Fax: 208-888-5130
pgeile@foleyfreeman.com
Idaho State Bar No. 6975

___

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MATT WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-00081-BLW |
| ) | |
| 24 HOUR FITNESS USA, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, MATT WILSON, ("Plaintiff"), by and through his attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, without prejudice, against Defendant, 24 HOUR FITNESS USA, INC.

                                    Respectfully submitted,
                                    FOLEY FREEMAN PLLC

May 28, 2020               By: /s/ Patrick J. Geile
                                  Patrick J. Geile
                                  953 S. Industry Way
                                  P.O. Box 10
                                  Meridian, Idaho 83680
                                  Tel: 208-888-9111
                                  Fax: 208-888-5130
                                  pgeile@foleyfreeman.com
                                  Idaho State Bar No. 6975
                                  Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On May 28, 2020, I electronically filed the Notice of Voluntary Dismissal without Prejudice with the Clerk of the U.S. District Court, using the CM/ECF system.

By: /s/ Patrick J. Geile
Patrick J. Geile